Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
middle District of Florida
Jacksonville Division

Kenneth E. Benton
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Judge S. Fahlgren and circuit court of 4th judicial circuit, Duval County, Florida
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 3:23-cv-779-BJD-LLL
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☒ Yes ☐ No

FILED
2023 JUL -5 PM 12:05
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

## COMPLAINT FOR A CIVIL CASE

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Kenneth E. Benton
Street Address: 3960 old Sunbeam Rd. #1704
City and County: Jax., Duval
State and Zip Code: Florida 32257
Telephone Number: 904 852-0059
E-mail Address: KB4corp@icloud.com

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: Judge S. Fahlgren
- Job or Title (if known): Injunction court judge. Circuit ct.
- Street Address: 501 W. Adams St.
- City and County: JAX., DUVAL
- State and Zip Code: Florida 32202
- Telephone Number: 904 630-2564
- E-mail Address (if known):

Defendant No. 2
- Name: Circuit court of 4th Judicial Circuit for Duval County Florida.
- Job or Title (if known):
- Street Address: 501 W. Adams St.
- City and County: JAX., DUVAL
- State and Zip Code: Florida 32202
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name: William K. Davis, Jr.
- Job or Title (if known): Promoter / Scam Artist
- Street Address: 8922 3rd Ave
- City and County: JAX., DUVAL
- State and Zip Code: Florida 32208
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name: Tracy Ann Russell
- Job or Title (if known):
- Street Address: 200 Riverside Ave. #716
- City and County: JAX., DUVAL
- State and Zip Code: Florida 32202
- Telephone Number: 802 323-3478
- E-mail Address (if known): inkedarchesllc@gmail.com

Page 2 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

KB [X] Federal question      [crossed out] Diversity of citizenship KB

Fill out the paragraphs in this section that apply to this case.

**A. If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. CFR 18 U.S.C. 2265 (b)(2) Re: Full Faith & credit by court & Due Process Rights of "Respondent"

**B. If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation
    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
    and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

---

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

All same Judge S. Fahlgren has already ruled before hearing. →

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

CASE # 16-23-DR-3087-DVXX-MA    Div: DV-A
CASE # 16-2023-CA-009184-XXXX-MA   Div: CV-A
CASE # 16-2023-DR-003087-DVAX-MA   Div: DV-A
CASE # 16-2023-DR-003254-DVXX-MA   Div: DV-A

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

False allegations against me in bribery attempt to have me withdraw a circuit lawsuit has got a network of "Alternate Lifestyle" grouped together in collusion to defraud my out of money, civil right, constitutional rights, and right to due process of the law. I was tragically roped by a Judge whom has a bias and a contempt to thwart any of my rights under CFR 18 U.S.C. 2265 (b)(2)

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

This civil judge has placed a lifetime injunction on me against a man who has shot 3 people with no corrective action I filed injunction for protection it was denied as a favor to Wm. Davis who is member of LBGTQ community and the judge displayed shear bias and prejudices on and off record in court 6/3/23. I want immunity from being hunted and captured by Judge Fahlgren, injunction vacated, Judge removed from bench, monetary judgement of $5M ($5,000,000.00) from all parties except me.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Judge of 4th circuit, S. Falgren I must appear in front of Again 6/11/23 for another False Allegation and injunction of A lady, TRACY when I never met and don't know, the judge is Rogue and has not Regard for my Federal Right complaining to Any one in this 4th circuit will be moot point. please give your Attention

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 6/5/23

Signature of Plaintiff: Ken E. Benton
Printed Name of Plaintiff: Kenneth E. Benton

### B. For Attorneys

Date of signing: _____

Signature of Attorney: Ken E. Benton
Printed Name of Attorney: Kenn
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____